

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Brandon Edward King,        \* From the 238th District Court of Midland County, Trial Court No. CR54399.

Vs. No. 11-21-00039-CR        \* September 8, 2022

The State of Texas,        \* Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there are errors in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment and the district clerk's amended bill of costs to delete (1) the court-appointed attorney's fees that were ordered to be assessed against Appellant and (2) the trial court's requirement that Appellant pay such fees. As modified, we affirm the judgment of the trial court.